IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bruce, Rayshoun M | Case Number: 06 B 07836 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: August 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,046.00 | |
| Secured: | | 894.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 151.46 |
| Other Funds: | | 0.00 |
| Totals: | 3,046.00 | 3,046.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 2,000.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 6. | Monterey Financial Services | Secured | 554.96 | 105.80 |
| 7. | Franklin Credit Management Corporation | Secured | 430.00 | 18.62 |
| 8. | Ocwen Federal Bank FSB | Secured | 17,788.96 | 770.12 |
| 9. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 50.45 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 130.84 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 14.43 | 0.00 |
| 14. | Capital One | Unsecured | 149.73 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 54.84 | 0.00 |
| 16. | Worldwide Financial Capital Bank | Unsecured | 222.16 | 0.00 |
| 17. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 18. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 19. | Litton Loan Servicing | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,396.37 | $ 2,894.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bruce, Rayshoun M

Printed: 12/28/07

Case Number: 06 B 07836
Judge: Wedoff, Eugene R
Filed: 7/5/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 104.04 |
| 5.4% | 47.42 |
| | _____ |
| | $ 151.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

